ACCEPTED
01-15-00255-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

NO. _____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/21/2015 12:00:00 AM
CHRISTOPHER A. PRINE
Clerk

*VOID DC*

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT OF TEXAS
## HOUSTON, TEXAS

IN RE: **AARRON MARROQUIN and INTEGRATED AV SYSTEMS, LLC,**
Relators

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 12:00:00 AM
CHRISTOPHER A. PRINE
Clerk

Original Proceeding from the
215th Judicial District Court
of Harris County
Cause No. 2012-75578

## MOTION FOR EMERGENCY RELIEF

ROBIN N. BLANCHETTE
TROY A. WILLIAMS
GERMER PLLC
333 Clay St., Suite 4950
Houston, Texas 77002
Telephone:    (713) 650-1313
Facsimile:    (713) 739-7420

**ATTORNEYS FOR RELATORS**
**INTEGRATED AV SYSTEMS, LLC**
**and AARRON MARROQUIN**

**ORAL ARGUMENT REQUESTED**

NO. _____

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

IN RE: **AARRON MARROQUIN and INTEGRATED AV SYSTEMS, LLC.,**
Relators

Original Proceeding from the
215th Judicial District Court
of Harris County
Cause No. 2012-75578

## MOTION FOR EMERGENCY RELIEF

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEXAS RULE OF APPELLATE PROCEDURE 52.10, **INTEGRATED AV SYSTEMS, LLC AND AARRON MARROQUIN**, Relators, file this Motion for Emergency Relief to accompany its Petition for Writ of Mandamus, and in support of this Motion would show the Court as follows:

1.      Relators have filed a Petition for Writ of Mandamus, requesting the Court to direct Respondent, **THE HON. ELAINE H. PALMER**, Judge of the 215th Judicial District Court of Harris County, Texas, to vacate a verbal Orders entered by her on March 13, 2015 and March 20, 2015, denying Defendants' Motion to Compel Plaintiff to

1

Submit to a Medical Examination, and denying Defendants' Motion to Strike Expert Witnesses.

2. Trial in this matter is currently set for March 23, 2015. Relators seek a stay of the trial on the merits pending this Court's resolution of the issues raised in the accompanying Petition for Writ of Mandamus. Relators contend that unless the Orders are vacated, they will be unfairly and grossly prejudiced and their ability to defend against Plaintiffs' claims and to otherwise get a fair trial will be severely and irreparably compromised.

FOR THESE REASONS, **INTEGRATED AV SYSTEMS, LLC AND AARRON MARROQUIN**, Relators, respectfully request that this Court grant temporary relief by issuing an Order staying the trial of this case until this Court resolves the issues raised in their Petition for Writ of Mandamus. **INTEGRATED AV SYSTEMS, LLC AND AARRON MARROQUIN** request any other relief to which it may be entitled.

Respectfully submitted,

/s/ *Robin N. Blanchette*

ROBIN N. BLANCHETTE
TROY A. WILLIAMS
GERMER PLLC
333 CLAY ST., SUITE 4950
Houston, Texas 77002
Telephone:  (713) 650-1313
Facsimile:   (713) 739-7420

**ATTORNEYS FOR RELATORS**

2

## CERTIFICATE OF SERVICE

As required Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all counsel of record and on Respondent on the 21st day of March, 2015, by regular mail, by facsimile, by email and certified mail, return receipt requested, as indicated below:

*Via Facsimile*
*(713) 224-9001*
Michael Callahan
Casey Brown
The Callahan Law Firm
440 Louisiana, Suite 2050
Houston, TX 77002

/s/ *Robin N. Blanchette*
ROBIN N. BLANCHETTE